NAME, ADDRESS & TELEPHONE NUMBER
OF ATTORNEY(S) FOR PLAINTIFF OR
DEFENDANT IF PLAINTIFF IS PRO PER

Gregory Marcot, Esq.
FREUND & BRACKEY LLP
427 North Camden Drive
Beverly Hills, CA 90210
(310) 247-2165

ATTORNEYS FOR: Plaintiff

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT
JUN 15 2001
CENTRAL DISTRICT OF CALIFORNIA
BY K.C. DEPUTY

CLERK, U.S. DISTRICT COURT
FILED
JUL - 2 2001
CENTRAL DISTRICT OF CAL
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTIE SHAW

PLAINTIFF(S),

v.

BRIGITTE BERMAN and BRIDGE FILM
PRODUCTIONS, INC.

DEFENDANT(S).

CASE NUMBER CV 97-7425 TJH (MANx)

CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE AND DESIGNATION

**ORIGINAL**

## I. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c), ALL parties to the above-captioned civil matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of final judgment.

## II. DESIGNATION/ASSIGNMENT OF A UNITED STATES MAGISTRATE JUDGE

The parties may stipulate to the designation of a specific Magistrate Judge to conduct all further proceedings unless a particular Magistrate Judge has already been assigned to the case under General Order 194, in which event it shall remain with that Magistrate Judge.

The parties hereby stipulate to the designation of Magistrate Judge Margaret A. Nagle to conduct any and all further proceedings in this case.

## III. APPELLATE REVIEW

Any appeal from a judgment of the Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. §636(c)(3).

## IV. NOTICE TO COURT REGARDING DATE OF FILING

Pursuant to General Order 194, if the consent is filed after the date of the pretrial conference, it will require the approval of the District Court Judge.

(See Reverse)

ENTERED ON ICMS 7/9/01
K.C.

CV-11 (5/98)   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE   Page 1

The parties hereby notify the Court that the consent to proceed before a United States Magistrate Judge is submitted for filing: **(check one)**

[X] Prior to the date of the pretrial conference. Therefore, the approval of the District Court Judge is not required.

[ ] After the date of the pretrial conference. Therefore, the approval of the District Court Judge is required.

ALL parties hereby consent to proceed before a United States Magistrate Judge for all further proceedings and stipulate to the designation/assignment of a United States Magistrate Judge and consent to any appellate review by the United States Court of Appeals. DO NOT SUBMIT AN INCOMPLETE FORM, ALL parties must consent before the case may proceed before a United States Magistrate Judge. Use additional sheets if necessary to list all parties.

| Name of Counsel OR Party if Pro Per | Signature | Date | Counsel for (Name Parties) |
|---|---|---|---|
| Thomas A. Brackey II | [signature] | 5/23/01 | Plaintiff Artie Shaw |
| Brigitte Berman | [signature] | May 30/01 | In Pro Per |
| | | Date | |
| | | Date | |

## TO BE USED ONLY IF THE CONSENT IS SUBMITTED AFTER THE DATE OF PRETRIAL CONFERENCE

WHEREAS, the consent to proceed before a United States Magistrate Judge was submitted for filing after the date of the pretrial conference:

[X] The consent of the parties to proceed before a United States Magistrate Judge to conduct all further proceedings IS HEREBY APPROVED.

[ ] The consent of the parties to proceed before a United States Magistrate Judge to conduct all further proceedings IS HEREBY DENIED.

7/2/01
DATE

[signature]
UNITED STATES DISTRICT JUDGE

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to United States Magistrate Judge __MARGARET A. NAGLE__.
On all documents subsequently filed in this case, please substitute the initials __MAN__ after the case number in place of the initials of the prior judge so that the case number will read __CV 97-7425 MAN__.
This is very important because documents are routed to the assigned Magistrate Judge by means of the initials.

CV-11 (5/98)   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE   Page 2